■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERVIS

CUNNINGHAM, Appellant.—Judgment of the County Court, Nassau County, rendered January 19, 1976, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Martuscello, Acting P. J., Latham, Hawkins and O'Connor, JJ., concur.